UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY G PHILPOT,<br><br>   Plaintiff,<br><br>  v.<br><br>HUBPAGES, INC.,<br><br>   Defendant. | Case No. 18-cv-05284-SVK<br><br>**ORDER ON JOINT STATEMENT RE DISCOVERY DISPUTES**<br><br>Re: Dkt. No. 31 |

On the parties' joint statement concerning various discovery disputes (ECF 31), the Court ORDERS as follows:

  **1. Rule 30(b)(6) deposition of Defendant**

  **Date for deposition:** The deposition was timely noticed and must be completed in advance of the mediation on May 9, 2019. The parties are not in agreement to continue the mediation, so that proceeding will go forward on May 9, 2019. A short extension of the close of fact discovery, to May 3, 2019, is granted to allow the parties sufficient time to address objections to the 30(b)(6) notice in advance of the deposition, which must take place on or before May 3, 2019.

  **Scope of 30(b)(6) notice:** The Court does not entertain broad general disputes, as the scope of the 30(b)(6) issue has been presented. First, the parties are ordered to engage in a live (either in person or by telephone, not by email) *robust* meet and confer effort on the deposition topics. It would appear that many of the disputes can be addressed by appropriate limitations as to time and relevant subject matter. If disputes remain following this effort, the parties may submit remaining, topic-specific disputes to the Court in a chart format setting forth the topic, the objection and each party's *compromise* position. Neither holding fast to the topic as drafted nor to an objection to the topic in its entirety reflects the requisite compromise. Any such dispute must

be submitted to the Court 5 business days before the deposition.

## 2. RFP 18

The RFP as amended in "Plaintiff's Compromise" in the joint submission is appropriate. Defendant shall produce responsive documents promptly, and not later than 24 hours in advance of defendant's 30(b)(6) deposition.

## 3. Other issues

Defendant alluded to disputes regarding plaintiff's discovery responses that are not yet before the Court. In anticipation of further disputes, the Court refers the parties to the *robust* meet and confer process ordered above.

**SO ORDERED.**

Dated: April 22, 2019

SUSAN VAN KEULEN
United States Magistrate Judge